UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

**FILED**
SEP 0 9 2005
CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

MICHAEL E. KUNZ
CLERK OF COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
SEP - 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

September 2, 2005

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
450 golden Gate Avenue
San Francisco, CA 941102-3489

    MDL-875
    IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
        SEE ATTACHED LIST

Dear Clerk:

    The enclosed Conditional Transfer Order (CTO-251) is being sent to you regarding the involved actions. They have been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

    **Please do not forward the original record, certified docket entries and/or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7019.

                      Sincerely,

                      MICHAEL E. KUNZ
                      Clerk of Court

                      Sharon Carter
                      MDL Coordinator

enclosure

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATE: 9·2·05

ATTEST: [signature]

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

A CERTIFIED TRUE COPY

AUG 31 2005

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 875

C 05-1533 MCC

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

#### (SEE ATTACHED SCHEDULE)

#### CONDITIONAL TRANSFER ORDER (CTO-251)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 79,922 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature] Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 31 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-251 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3  05-1533  *MMC*         David Setterberg v. Newport News Shipbuilding & Dry Dock Co., et al.
  CAN 3  05-2603                M.N., et al. v. Viacom, Inc., et al.

GEORGIA SOUTHERN
  GAS 2  05-90                  Tommie D. Kirkland, Sr. v. Ford Motor Co., et al.

LOUISIANA EASTERN
  ~~LAE 2  05-2709~~            ~~Terry Cardaro, et al. v. Aerojet General Corp., et al.~~   Vacated 8/24/05

MINNESOTA
  MN 0  05-1419                 Patricia Plombon, etc. v. Burlington Northern & Santa Fe Railway Co.
  MN 0  05-1598                 Frank Kozar v. Garlock Sealing Technologies, LLC, et al.
  MN 0  05-1602                 Roger Ralph Houwman v. Garlock Sealing Technologies, LLC, et al.
  MN 0  05-1606                 Thomas Lloyd Leseman v. Garlock Sealing Technologies, LLC, et al.
  MN 0  05-1607                 William Joseph Lopac v. Garlock Sealing Technologies, LLC, et al.
  MN 0  05-1608                 Joseph Alex Marcella v. Garlock Sealing Technologies, LLC, et al.
  MN 0  05-1610                 Robert J. Skiba v. Garlock Sealing Technologies, LLC, et al.
  MN 0  05-1611                 James Richard Wright v. Garlock Sealing Technologies, LLC, et al.
  MN 0  05-1614                 William Fredrick Stodola v. Garlock Sealing Technologies, LLC, et al.

MISSOURI WESTERN
  MOW 4  05-669                 Larry Schrock v. Burlington Northern & Santa Fe Railway Co.

MISSISSIPPI SOUTHERN
  MSS 1  05-317                 Jackie T. Jenkins v. AlliedSignal, Inc., et al.
  MSS 1  05-341                 Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al.
  ~~MSS 1  05-344~~              ~~Estate of Clyde Lang v. Abex Corp., et al.~~   Opposed 8/19/05
  ~~MSS 1  05-345~~              ~~Eddie Gilmore v. Abex Corp., et al.~~          Opposed 8/19/05
  ~~MSS 1  05-346~~              ~~Hunter C. Martin v. Abex Corp., et al.~~       Opposed 8/19/05
  ~~MSS 1  05-347~~              ~~Walter Lee Stokes v. Abex Corp., et al.~~      Opposed 8/19/05

NORTH CAROLINA EASTERN
  NCE 4  05-57                  Arthur Clinton Armstrong v. Albany International, et al.

NORTH CAROLINA MIDDLE
  NCM 1  05-407                 Charlie Calvin Barringer, et al. v. Aqua-Chem, Inc., et al.
  NCM 1  05-627                 B.J. Jackson, et al. v. Aqua-Chem, Inc., et al.
  NCM 1  05-639                 William C. Cook, et al. v. Aqua-Chem, Inc., et al.
  NCM 1  05-640                 Forrest L. Davis, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1  05-240                 Donald E. Hibberts, et al. v. Aqua-Chem., Inc., et al.
  NCW 1  05-241                 Walter D. Wolfe, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-260                 Samuel E. Thompson, et al. v. Aqua-Chem., Inc., et al.
  NCW 1  05-261                 Kevin J. Griffis, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-268                 Billy G. Norris v. A.W. Chesterton, Inc., et al.

SCHEDULE CTO-251 - TAG-ALONG ACTIONS                                PAGE 2 OF 2

**DIST. DIV. C.A. #**            **CASE CAPTION**

NEW YORK EASTERN
  NYE 1  05-2180         Wayne J. Corcoran v. Consolidated Rail Corp., et al.
  NYE 1  05-2181         Roger John Bauer v. Consolidated Rail Corp., et al.

NEW YORK SOUTHERN
  NYS 1  05-4038         Dominick N. Serini, et al. v. General Electric Co., et al.
  ~~NYS 1  05-5730~~     ~~Peter J. Funk, et al. v. General Electric Co., et al.~~   Opposed 8/30/05

OKLAHOMA WESTERN
  OKW 5  05-839          Michael S. Biffle, etc. v. Union Carbide Corp., et al.

SOUTH CAROLINA
  SC  2  05-2012         Harry Douglas Blackwood, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC  2  05-2161         Charles M. Ross, et al. v. Aqua-Chem, Inc., et al.
  SC  2  05-2163         Gerald D. McManus, et al. v. Aqua-Chem, Ic. et al.

TEXAS EASTERN
  TXE 1  05-499          Ralph Terna v. Champion International Corp.