ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs
admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No. 3:05-cv-01533-MMC |
| JOANNE SETTERBERG, as Wrongful Death Heir, and as Successor-in-Interest to DAVID SETTERBERG, Deceased; and JACOB SETTERBERG and JOSEPH SETTERBERG, as Legal Heirs of DAVID SETTERBERG, Deceased, | **PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER** |
| Plaintiffs, | |
| vs. | |
| NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, *et al.*, | This document relates to: |
| Defendants. | *David Setterberg v. Newport News Shipbuilding and Dry Dock Company, et al.,* United States District Court, Eastern District of Pennsylavannia, Case No. 2:09-cv-62913-ER |

///

///

///

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

Plaintiff hereby dismiss the above-captioned action against all Defendants, without prejudice.

Dated: September 26, 2012          BRAYTON❖PURCELL LLP


By:_____
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiffs



IT IS SO ORDERED:



Dated: __September 27, 2012___     _____
                                    United States District Court Judge